UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIENVENIDO P. ONG,

                    Plaintiff,

        -against-

CVS PHARMACY,

                    Defendant.

25cv2122 (LTS)

CIVIL JUDGMENT

       For the reasons stated in the July 25, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 30, 2025
         New York, New York

                 /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
              Chief United States District Judge